IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:15CR_____-1 |
| BRIAN CRAIG NEEDHAM | : | |

The United States Attorney charges:

On or about October 24, 2013, in the County of Guilford, in the Middle District of North Carolina, BRIAN CRAIG NEEDHAM knowingly possessed a stolen firearm, that is, a Browning 12 gauge shotgun, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

STEPHEN T. INMAN
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY